716

*Oliver B. James* and *Harding F. Bancroft* for appellant.

*Granville Whittlesey, Jr.,* and *Theodore S. Hope, Jr.,* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.

CLAIRE P. MILLER, Appellant, *v.* MILTON MILLER et al., Individually and as Administrators of the Estate of EDWARD H. MILLER, Deceased, et al., Respondents, Impleaded with Others.

Submitted April 6, 1939; decided April 21, 1939.

*Theodore F. Tonkonogy* and *Stanley Osserman* for appellant.
*David Harrison* and *Charles Weishaupt* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.